STATE OF NEW JERSEY v. CHARLES E. WASHINGTON.

February 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ORVILLE PRESTON.

February 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MELVIN VASQUEZ MORALES.

February 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN KNIGHT.

February 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN CHARLES CLAYTON.

February 6, 1987.

Petition for certification denied.